UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>KATERRA INC., *et al.*,<br><br>Debtors.<br><br>KATERRA INC., by and through Daniel R. Williams, as Plan Administrator on behalf of Katerra Inc. and related debtors,<br><br>Plaintiff,<br><br>v.<br><br>LAP SHUN HUI a/k/a JOHN HUI,<br><br>Defendant. | Chapter 11<br><br>Case No. 21-31861 (DRJ)<br><br>(Jointly Administered)<br><br><br><br>Adv. No. 23-03056 (DRJ) |

**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

WHEREAS, Plaintiffs Katerra Inc. and its affiliated debtors ("Plaintiffs") filed their Complaint in this action on April 6, 2023 (Dkt. No. 1), and the Court issued a summons on April 7, 2023 (Dkt. No. 4);

WHEREAS, on May 8, 2023 the parties filed a *Stipulation to Extend Time Respond to the Complaint,* extending the deadline to June 6, 2023 [Docket no. 7];

WHEREAS, the parties have agreed to extend the time for Defendant to respond to the Complaint, through and including July 6, 2023;

IT IS HEREBY STIPULATED that the deadline for Defendant Lap Shun Hui a/k/a John Hui to move, answer, or otherwise respond to Plaintiffs' Complaint (Dkt. No. 1) is extended through and including July 6, 2023.

DOCS_NY:47703.1 KLL/001

Dated: May 31, 2023

Respectfully submitted,

| | |
|---|---|
| */s/ Trey A. Monsour*<br>Trey A. Monsour, Esq.<br>(Tex. Bar No. 14277200)<br>David G. Crooks, Esq.<br>(Tex. Bar No. 24028168)<br>Adam T. Hamilton, Esq.<br>(Tex. Bar No. 24087655)<br>Fox Rothschild LLP<br>Saint Ann Court<br>2501 North Harwood Street, Suite 1800<br>Dallas, TX 75201<br>Telephone: (214) 231-5796<br>Facsimile: (972) 404-0516<br>Mobile: (713) 927-7469<br>E-mail: tmonsour@foxrothschild.com<br>E-mail: dcrooks@foxrothschild.com<br>E-mail: ahamilton@foxrothschild.com<br><br>-and-<br><br>Michael A. Sweet (admitted *pro hac vice*)<br>345 California Street, Suite 2200<br>San Francisco, California 94104<br>Telephone: (415) 364-5540<br>Facsimile: (415) 391-4436<br>E-mail: msweet@foxrothschild.com<br><br>-and-<br><br>Gordon E. Gouveia (admitted *pro hac vice*)<br>321 North Clark Street, Suite 1600<br>Chicago, IL 60654<br>Telephone: (312) 980-3816<br>Facsimile: (312) 517-9201<br>E-mail: ggouveia@foxrothschild.com<br><br>-and-<br><br>Robert F. Elgidely (admitted *pro hac vice*)<br>One Biscayne Tower<br>2 South Biscayne Boulevard, Suite 2750<br>Miami, FL 33131<br>Telephone: (305) 442-6543<br>Facsimile: (305) 442-6541<br>E-mail: relgidely@foxrothschild.com<br><br>*Counsel to the Plan Administrator* | */s/ Michael D. Warner*<br>Michael D. Warner (TX Bar No. 00792304)<br>Benjamin L. Wallen (TX Bar No. 24102623)<br>PACHULSKI STANG ZIEHL & JONES, LLP<br>440 Louisiana Street, Suite 900<br>Houston, TX 77002<br>Telephone: (713) 691-9385<br>Facsimile: (713) 691-9407<br>Email: mwarner@pszjlaw.com<br>         bwallen@pszjlaw.com<br>-and-<br><br>Robert Platt (*pro hac vice* forthcoming)<br>Carl Grumer (*pro hac vice* pending)<br>MANATT, PHELPS & PHILLIPS, LLP<br>2049 Century Park East, Suite 1700<br>Los Angeles, CA 90067<br>Telephone: (310) 312-4221<br>Facsimile: (310) 914-5804<br>E-mail: rplatt@manatt.com<br>E-mail: cgrumer@manatt.com<br><br>-and-<br><br>Joshua Drian (*pro hac vice* forthcoming)<br>MANATT, PHELPS & PHILLIPS, LLP<br>1050 Connecticut Ave. NW, Suite 600<br>Washington, DC 20036<br>Telephone: (202) 585-6625<br>Facsimile: (202) 637-1510<br>E-mail: jdrian@manatt.com<br><br>-and-<br><br>Ronald M. Dorfman (*pro hac vice* forthcoming)<br>Joseph N. Dorfman (*pro hac vice* forthcoming)<br>THE DORFMAN LAW FIRM<br>1641 20th St.<br>Santa Monica, California 90404<br>Telephone: (310) 266-0683<br>E-mail: ron@dorfmanlawfirm.com<br>E-mail: joseph@dorfmanlawfirm.com<br><br>*Counsel for Lap Shun Hui a/k/a John Hui* |

## CERTIFICATE OF SERVICE

      I hereby certify that on this 31st day of May, 2023, a true and correct copy of the above and foregoing was caused to be served through this Court's CM/ECF noticing system to all parties registered to receive notices in this case.

*/s/ Michael D. Warner*
Michael D. Warner, Esq.

3

DOCS_NY:47703.1 KLL/001